UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Governor's Center RE LLC ,
        Debtor

Chapter: 7
Case No: 23–30137
Judge Elizabeth D. Katz

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hereby **ORDERED** that David W. Ostrander, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/5/23

By the Court,

Elizabeth D. Katz
U.S. Bankruptcy Judge